AO 245B (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

__JUDICIAL__ District of __PUERTO RICO__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| **Basilio RIVERA-RODRIGUEZ** | Case Number: **00-CR-001-05 (PG)** |
| | Nicolas NOGUERAS |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

X  was found guilty on count(s) __two (on 1/22/01)__ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:1956(h) 18:1956(a)(1)(B)(i)&(ii) | Conspiracy to commit money laundering - interstate commerce. | 4/26/00 | Two |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: January 29, 1956

Defendant's USM No.: 19242-069

Defendant's Residence Address:

AC-6 Nebraska St., Caguas Norte

Caguas, Puerto Rico

Defendant's Mailing Address:

Same as above.

June 27, 2001
Date of Imposition of Judgment

_Signature_
Signature of Judicial Officer

JUAN M. PEREZ-GIMENEZ, US District Judge
Name and Title of Judicial Officer

June 27, 2001
Date

DEFENDANT: **Basilio RIVERA-RODRIGUEZ**
CASE NUMBER: **00-CR-001-05 (PG)**

Judgment — Page 2 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of __FIFTY-SEVEN (57)__ MONTHS.

X    The court makes the following recommendations to the Bureau of Prisons:
That the institution designated to serve this sentence be Coleman Correctional Institution, or Eglin AFB. In any event, that the institution designated be in the state of Florida.

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____  ☐ a.m.  ☐ p.m.  on _____

   ☐  as notified by the United States Marshal.

X    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____

   X  as notified by the United States Marshal.

   X  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered [v/s] on __1-26-07__ to __FCI MIAMI__

at _____, with a certified copy of this judgment.

for Warden Pastrana
~~UNITED STATES MARSHAL~~

By M.A. [Laurence] TSS
DEPUTY UNITED STATES MARSHAL