BASILIO RIVERA RODRIGUEZ    REG. #19242-069
FEDERAL CORRECTIONAL INSTITUTION-MIAMI
SATELLITE-CAMP
P.O. BOX 779800
MIAMI, FLORIDA 33177

7004 0750 0003 8746 4382

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
ATTN: clerk's office
Chardon Avenue
Hato Rey, Puerto Rico    00913-1767