UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff,

vs.                              Case No. 2000-0001 (PG)

BASILIO RIVERA RODRIGUEZ

    Defendant.
_____/

## SECOND MOTION REQUESTING AND ORDER AN AMENDMENT TO SENTENCE

**Appear**, Mr. BASILIO RIVERA RODRIGUEZ, by own will before this Honorable Court and respectfully expose, allege and request:

1. That on January 2, 2008, the defendant filed before the United States District Court for the District of Puerto Rico a "Motion Requesting and Order an Amendment to Sentence" (copy of said motion attached herein.)

2. The aforementioned motion requested an Amendment to Sentence in order that the defendant would be eligible to enroll in the Residential Drug and Alcohol Program (hereinafter "RDAP") that the institution (Federal Correctional Institution-Miami) is willing to offer defendant if the Presentence Officer or the Sentencing Judge recommends it.

3. Defendant knows that this Honorable Court resolved the motions filed before the District of Puerto Rico promptly.

4. That next available RDAP class begins on April, 2008 and I respectfully this Honorable Court's recommendation so that I may enroll in the upcoming April class.

5. That I respectfully request of this Honorable Court that the Order/Recommendation be sent to the following address:

Basilio Rivera Rodriguez
Reg. #19242-069
Federal Correctional Institution-Miami
Satellite-Camp
P.O. Box 779800
Miami, Florida 33177

6. For all the reasons and facts presented in the motion dated January 2, 2008, (attached herein), and in this second motion, I respectfully request to the Honorable Court for the District of Puerto Rico, recommend that I participate in the Drug Program offered at the Federal Prison where I am presently incarcerated.

**WHEREBY**, I BASILIO RIVERA RODRIGUEZ, prays that this Honorable Court grant this or my prior motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY: that on this same date I have sent a copy of the motion to U.S. Attorney Deputy Chief Criminal division Room 452 Federal Building Carlos Chardon Ave. Hato Rey, Puerto Rice 00913-1767

Basilio Rivera Rodriguez
Reg. 19242-069
FCI-Miami
Satellite-Camp
P.O. Box 779800
Miami, Florida 33177

2.