CERTIFIED MAIL
7000 1670 0001 7772 1080

Federal Correctional Institution
Satellite Camp
P.O. Box 779800
Miami, FL 33177-9800
Re: Basilio Rivera Rodriguez
# 19242-069

MAR 03 2008

Clerk's Office
U.S. District Court
Rm. 150 Federal Bldg.
Chardón Avenue
Hato Rey, P.R. 00918