**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
BASILIO RIVERA RODRIGUEZ        *
     Plaintiff,                 *
                                *
          v.                    *     CIVIL NO. 03-1533(PG)
                                *
UNITED STATES OF AMERICA        *
     Respondent.                *
```

## **JUDGMENT**

WHEREFORE it is ORDERED AND ADJUDGED that this case be **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, June 23, 2004.

S/Juan M. Perez-Gimenez
**JUAN M. PEREZ-GIMENEZ**
**U.S. District Judge**
